Mervyn Wolff, Respondent, v. Noel Jourda De Vaux, Appellant, Impleaded with Fred S. Bennett.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

David N. Lightfoot and Another, Appellants, v. Samuel Meyer and Another, Impleaded with Samuel Goldstein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Robert Looney, Respondent, v. Adolph H. Borman, Impleaded with Charles E. Quincey and Another, as Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Metropolitan Trust Company of the City of New York, Respondent, v. Long Acre Electric Light and Power Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Clara S. Barclay, as Trustee, etc., Respondent, v. Reginald G. Barclay, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Daniel D. Sheehan v. Robert J. Moorehead, as Superintendent, etc.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The City of New York v. Globe Indemnity Company.— Motion granted, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Lewis U. Segee v. Nicholas J. Hayes, as Commissioner.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John Ziemborak v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York, Respondent, v. Charles McDonald, alias Charles Gondorf, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Philip M. Grausman, Respondent, v. Albert H. Woods, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Ingraham, P. J., and Clarke, J., dissented.

Adolph E. S. de Meyer, Respondent, v. Charlotte G. Breitung and Others, Doing Business under the Firm Name, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Smith, J., dissented.